**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE**                                                                                    **PLAINTIFF**

**v.**                                        **Case No. 3:26-cv-00133-LPR**

**AJCC WORK SOURCE**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related

Orders would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of May 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE